AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILLIN ARIAS-CASTILLO | ) | Case No. |
| | ) | 19-MJ-7321-JCB |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 11, 2019  in the county of  Essex  in the
_____  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute, Distribution of Fentanyl |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Christina Riebandt

☑ Continued on the attached sheet.

*Complainant's signature*

FBI SA Christina Riebandt
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/11/2019

*Judge's signature*

City and state:   Boston, MA      U.S. Magistrate Judge, Hon. Jennifer C. Boal
*Printed name and title*